KAMER ZUCKER ABBOTT
Scott M. Abbott         #4500
R. Todd Creer           #10016
Nicole A. Young         #13423
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
sabbott@kzalaw.com
tcreer@kzalaw.com
nyoung@kzalaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| CRYSTAL RANDOLPH, | ) | Case No. 2:15-cv-01355-JCM-NJK |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION FOR DISMISSAL** |
| vs. | ) | **WITH PREJUDICE** |
| | ) | |
| SILVERTON CASINO, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Crystal Randolph and Defendant Silverton Casino, LLC, by and through their respective counsel of record, stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*.  Each party is to bear their own attorneys' fees and costs, except as otherwise agreed.

///

///

///

///

///

///

///

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear their own costs and attorneys' fees, except as otherwise agreed.

DATED this 6th day of January, 2016.

| THE THATER LAW GROUP, P.C. | KAMER ZUCKER ABBOTT |
|---|---|
| By: /s/ M. Lani Esteban-Trinidad<br>M. Lani Esteban-Trinidad<br>6390 West Cheyenne Ave., Suite A<br>Las Vegas, Nevada 89108<br>Tel: (702) 736-5297<br>Fax: (702) 736-5299<br><br>Attorney for Plaintiff | By: /s/ R. Todd Creer<br>Scott M. Abbott      #4500<br>R. Todd Creer       #10016<br>Nicole A. Young     #13423<br>3000 West Charleston Blvd., Suite 3<br>Las Vegas, Nevada 89102<br>Tel: (702) 259-8640<br>Fax: (702) 259-8646<br><br>Attorneys for Defendant |

**ORDER**

**IT IS SO ORDERED.**

DATED: January 15, 2016

_____
UNITED STATES DISTRICT COURT JUDGE